# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL SURPLUS LINES INSURANCE COMPANY, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 4:24-cv-2478 |
| HILCORP ENERGY COMPANY, | | |
| Defendant. | | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff St. Paul Surplus Lines Insurance Company hereby gives notice that the above-captioned action is voluntarily dismissed.

Dated: July 16, 2024

Respectfully Submitted,

DENTONS US LLP

By: /s Mukul S. Kelkar
Mukul S. Kelkar
Federal Bar No. 1503770
1300 Post Oak Blvd., Suite 650
Houston, Texas 77056
Tel: (713) 658-4600
Fax: (713) 739-0834
mukul.kelkar@dentons.com

*Counsel for Plaintiff St. Paul Surplus Lines Insurance Company*