United States District Court
Southern District of Texas
**ENTERED**
July 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ST. PAUL SURPLUS LINES INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-2478 |
| § § | |
| HILCORP ENERGY COMPANY, § § | |
| Defendant. § | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal. ECF No. 4. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 16th day of July, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE